IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY        *
HEALTH FUND, ET AL.
        Plaintiffs                          *
                                           Civil Action No.: CB-01-2432
      v.                                  *

CLAUDE NEON SIGNS, INC.             *
        Defendant
                          ******

## ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 15 day of November 2001,

ORDERED that plaintiffs file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

                                                                _____
                                                                 Catherine C. Blake
                                                                 United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV 15  P 12:40
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY