IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY
HEALTH FUND,

and

NATIONAL ELECTRICAL BENEFIT
FUND,

and  \*   Civil Action No. CCB 01-2432

LOCAL UNION NO. 24,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

       Plaintiffs

v.

CLAUDE NEON SIGNS, INC.

       Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JUDGMENT BY DEFAULT PURSUANT TO RULE 55
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the record in the above-entitled action that an entry of default for want of answer or other defense was made on the __18th__ day of December, 2001, as to Defendant Claude Neon Signs, Inc., for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on with the Summons and Complaint on October 16, 2001; therefore, it is this __2d__ day of __January__, 2002 by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED that judgment by default be entered in favor of Plaintiff Maryland Electrical Industry Health Fund against Defendant Claude

Neon Signs, Inc. in the sum of $6,130.16, which total amount includes $5,566.57 in liquidated damages for late paid contributions for the months of June, July, August, September and October, 2001, $241.09 in interest on late paid contributions and $332.50 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

ORDERED AND ADJUDGED that judgment by default be entered in favor of Plaintiff National Electrical Benefit Fund against Defendant Claude Neon Signs, Inc. in the sum of $5,947.59, which total amount includes $4,178.78 in delinquent contributions owed to the NEBF for the months of July, August, September and October, 2001, $1,288.91 in liquidated damages for late paid and unpaid contributions for the months of May, June, July, August, September and October, 2001, $147.40 in interest on late paid and unpaid contributions and $332.50 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

It is further ORDERED AND AJUDGED that judgment by default be entered in favor of Plaintiff Local Union No. 24, International Brotherhood of Electrical Workers, AFL-CIO against Defendant Claude Neon Signs, Inc. in the sum of $3,177.45, which total amount includes $2,785.99 in unremitted union dues owed to Local 24 for the months of July, August, September and October,

2001, $58.96 in interest on late paid and unpaid remittances for the months of May, June, July, August, September and October, 2001 and $332.50 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

_____
Catherine C. Blake
United States District Judge