IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRICAL BENEFIT
FUND, et al.,

    Plaintiffs     *     Civil Action No. CCB 01-2432

v.

CLAUDE NEON SIGNS, INC.

    Defendant

and

THE BANK OF GLEN BURNIE

    Garnishee

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on February 21, 2002, and that said Writ was mailed restricted delivery to Garnishee The Bank of Glen Burnie on February 25, 2002, and was received on February 26, 2002, as is shown by the Affidavit of Service on file in this action;

And it further appearing that Garnishee, The Bank of Glen Burnie answered the Writ of Garnishment of Property Other Than Wages, on February 27, 2002, confessing that Garnishee holds assets consisting of a checking account in the name of Defendant/Judgment Debtor, Claude Neon Signs, Inc., from which a balance of $8,290.43 has been set aside;

It is therefore this 8th day of March, 2002, by the United States District Court for the District of Maryland,

2

ORDERED, that Garnishee, The Bank of Glen Burnie remit the held assets in the amount of $8,290.43, to Plaintiffs/Judgment Creditors National Electrical Benefit Funds, et al.

_____
Catherine C. Blake
United States District Judge

## LAW OFFICES
# ABATO, RUBENSTEIN AND ABATO, P.A.

| | | |
|---|---|---|
| H. Victoria Hedian<br>James T. Kimble+<br>Kimberly L. Bradley<br>James R. Rosenberg •<br>Paul D. Starr •<br>Corey Smith Bott | 809 Gleneagles Court<br>Suite 320<br>Baltimore, Maryland 21286<br>(410) 321-0990<br>(410) 321-1419 Fax | Cosimo C. Abato<br>(1930 - 1995)<br>Anthony A. Abato, Jr.<br>(Of Counsel)<br>Bernard W. Rubenstein<br>(Of Counsel) |

+ Also admitted in DC & VA
• Also admitted in DC

March 7, 2002

Felicia Cannon, Clerk
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: <u>Maryland Electrical Industry Health Fund, et al. v. Claude Neon Signs, Inc. and The Bank of Glen Burnie</u> (as garnishee)
Civil Action No. CCB 01-2432

Dear Ms. Cannon:

Enclosed please find one original and two copies of a proposed Order directing payment of funds held pursuant to a writ of garnishment to be filed in the above referenced matter. After docketing, please forward to Judge Blake for her consideration.

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Corey Smith Bott

CSB/jlf

cc: Ms. Kristy Elswick